UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY M. BLUE, | ) | No. CV 19-2888-AB (AGR) |
|          Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| WARREN L. MONTGOMERY, | ) | |
|          Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

The court notes that the California Court of Appeal issued a decision on April 6, 2020 that affirmed the trial court's order declining to strike the 10-year firearm enhancement under Cal. Penal Code § 12022.53(b) and remanded the matter to the trial court to exercise its discretion as to whether to strike the 5-year enhancement under Cal. Penal Code § 667(a)(1). *People v. Blue*, 2020 Cal. App. Unpub. LEXIS 2186 (April 6, 2020). According to the online docket, a hearing in the Los Angeles County Superior Court is scheduled for September 11, 2020 in Case No. MA066161.

1  IT IS ORDERED that Judgment be entered denying the Petition and dismissing
2  this action without prejudice.

4  DATED: September 15, 2020

_____
ANDRE BIROTTE JR
United States District Judge