JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY M. BLUE,<br><br>    Petitioner,<br><br>  v.<br><br>WARREN L. MONTGOMERY,<br><br>    Respondent. | NO. CV 19-2888-AB (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is dismissed without prejudice.

DATED: September 15, 2020

_____
ANDRE BIROTTE JR
United States District Judge